IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID C. IMHOFF,<br>        Plaintiff,<br><br>vs.<br><br>JUDGE JOHN DISALLE, *Washington County Courthouse*,<br>        Defendant. | Civil Action No. 14-45<br>Judge Nora Barry Fischer/<br>Magistrate Judge Maureen P. Kelly |

## **O R D E R**

AND NOW, this 3rd day of July, 2014, after the Plaintiff, David C. Imhoff, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until June 26, 2014, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that pursuant to the screening provisions of the Prison Litigation Reform Act, Plaintiff's Complaint is dismissed before being served because the Complaint fails to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

s/Nora Barry Fischer
NORA BARRY FISCHER
United States District Judge

cc: Honorable Maureen P. Kelly
     United States Magistrate Judge

     David C. Imhoff
     Washington County Jail
     100 West Cherry Avenue
     Washington, PA 15301

     All Counsel of Record Via CM-ECF